IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENNIS J. BUCKLEY, AS TRUSTEE OF | : | CIVIL ACTION |
| DVI LIQUIDATING TRUST, | : | |
|     Plaintiff, | : | |
| | : | |
|     v. | : | |
| | : | |
| CLIFFORD CHANCE LLP and | : | |
| CLIFFORD CHANCE US LLP, | : | No. 2:06-CV-1003 |
|     Defendants. | : | |

O R D E R

AND NOW, this 13th day of October 2009, it is hereby ORDERED that the parties shall jointly inform this Court of the status of their private mediation on or before November 30, 2009.

BY THE COURT:

/s/Legrome D. Davis

U.S. District Court Judge