IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENNIS J. BUCKLEY, AS TRUSTEE OF | : | CIVIL ACTION |
| DVI LIQUIDATING TRUST, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CLIFFORD CHANCE LLP and | : | |
| CLIFFORD CHANCE US LLP, | : | No. 2:06-CV-1003 |
| Defendants. | : | |

## O R D E R

AND NOW, this 25th day of January, 2010, IT IS HEREBY ORDERED that this case be removed from Civil Suspense and transferred to the active docket.

BY THE COURT:

/S/LEGROME D DAVIS

LEGROME D. DAVIS