## EXHIBIT B

### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------- x
:
DENNIS J. BUCKLEY, AS TRUSTEE OF :
THE DVI LIQUIDATING TRUST, : Civil Action No. 2:06-cv-01003-LDD
:
Plaintiff, :
:
vs. : **STIPULATION AND ORDER OF**
: **DISMISSAL**
CLIFFORD CHANCE LLP and CLIFFORD :
CHANCE US LLP, :
:
Defendants. :
:
---------------------------------- x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the parties hereto, that the above-captioned action be, and the same is hereby dismissed with prejudice, and without costs to any party.

Dated: January 19, 2010

| **ANDERSON KILL & OLICK, P.C.** | **COOLEY GODWARD KRONISH LLP** |
|---|---|
| BY: _____ | BY: _____ |
| Finley T. Harckham | William J. Schwartz |
| Dennis J. Artese | Celia Goldwag Barenholtz |
| 1251 Avenue of the Americas | Rachel B. Kane |
| New York, NY 10020 | Jennifer Lerner |
| Telephone: (212) 278-1000 | 1114 Avenue of the Americas |
| Fax: (212) 278-1733 | New York, NY 10036-7798 |
| | Telephone: (212) 479-6000 |
| *Counsel for Plaintiff Dennis J. Buckley, as* | Fax: (212) 479-6275 |
| *Trustee of the DVI Liquidating Trust* | |

-and-

John G. Harkins, Jr. (04441)
Marianne Consentino (84928)
HARKINS CUNNINGHAM LLP
2800 One Commerce Square
2005 Market Street
Philadelphia, PA 19103-7042
Telephone: (215) 851-6700
Fax: (215) 851-6710

*Counsel for Defendants Clifford Chance LLP and Clifford Chance US LLP*

IT IS SO ORDERED, this 25th day of January, 2010.

/S/LEGROME D. DAVIS

Hon. Legrome D. Davis
United States District Judge